TAHITI BAR, INC., *v.* PENNSYLVANIA LIQUOR
CONTROL BOARD ET AL.

No. 363.    Decided November 9, 1959.

*Edwin P., Rome* for appellant.

*Anne X. Alpern,* Attorney General of Pennsylvania,
*Lois. G.. Forer,* Deputy Attorney General, *George G.
Lindsay,* Assistant Attorney General, and *Russell C.
Wismer,* Special Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

LEHIGH CASINO, INC., *v.* PENNSYLVANIA
LIQUOR CONTROL BOARD ET AL.

No. 379.    Decided November 9, 1959.

*Henry. I. Jacobson* for appellant.

*Anne X, Alpern,* Attorney General of Pennsylvania,
*Lois G. Forer,* Deputy Attorney General, *George G.
Lindsay,* Assistant Attorney General, and *Russell C.
Wismer,* Special Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.